UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taranjeet KAUR, Petitioner, v. WARDEN, et al., Respondents. | Case No.: 26-cv-3863-AGS-DDL **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner Taranjeet Kaur seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. The "government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (ECF 8, at 1–2.) The Court thus **GRANTS** the petition and orders that petitioner receive such a hearing by August 7, 2026.

Upon the petitioner's request for a continuance, the immigration judge may grant reasonable extensions of that deadline. In addition, within seven days of that hearing, the parties must submit a status update on the immigration judge's ruling. The status update must include a copy of the immigration judge's order. All other deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated: July 27, 2026

Hon. Andrew G. Schopler
United States District Judge